**Opinion issued February 19, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00786-CV**

———————————

**ELIZABETH SPRUELL, Appellant**

**V.**

**NATHANIEL ROGER MARTINEZ, Appellee**

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-82583**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on December 22, 2025. On December 30, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to the Court's notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.